SCOTT S. HOFFMANN (#8498)
RIMINI STREET, INC.
3993 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 832-5862
Email: shoffmann@riministreet.com

MARK E. MILLER (*pro hac vice*)
TAB R. TURANO (*pro hac vice*)
MILLER FRIEL, PLLC
1200 New Hampshire Avenue
Suite 800
Washington, DC 20036
Telephone: (202) 760-3160
Facsimile: (202) 276-9363
Email: millerm@millerfriel.com
Email: turanot@millerfriel.com

*Attorneys for Plaintiff Rimini Street, Inc.*

CHRISTINE M. EMANUELSON (SBN 10143)
TOM LARMORE (SBN 7415)
HINES HAMPTON, LLP
6952 Encore Way
Las Vegas, NV  89119
Telephone:  (702) 933-7829
cemanuelson@hineshamptonllp.com
tlarmore@hineshamptonllp.com

*Attorneys for Defendant
Scottsdale Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY; DOES 1 through X, inclusive; and ROE CORPORATIONS 1 through X inclusive,<br><br>        Defendants. | Case No.   2:15-cv-02374-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(2), by and between Plaintiff Rimini Street, Inc. and Defendant Scottsdale Insurance Company, having fully settled the dispute between them and all parties having fully and finally released each other for all claims, that the above-captioned action be dismissed with prejudice, and with each party bearing their own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated this 18th day of October, 2016.                Dated this 18th day of October, 2016.

RIMINI STREET, INC.                                  HINES HAMPTON, LLP

/s/ Scott S. Hoffmann                                /s/ Christine M. Emanuelson
SCOTT S. HOFFMANN (#8498)                            CHRISTINE M. EMANUELSON (SBN 10143)
RIMINI STREET, INC.                                  TOM LARMORE (SBN 7415)
3993 Howard Hughes Parkway                           HINES HAMPTON, LLP
Suite 500                                            6952 Encore Way
Las Vegas, Nevada 89169                              Las Vegas, NV  89119
Telephone: (702) 832-5862                            Telephone:  (702) 933-7829
Email: shoffmann@riministreet.com                    cemanuelson@hineshamptonllp.com
                                                     tlarmore@hineshamptonllp.com
MARK E. MILLER (*pro hac vice*)
TAB R. TURANO (*pro hac vice*)                       *Attorneys for Defendant*
MILLER FRIEL, PLLC                                   *Scottsdale Insurance Company*
1200 New Hampshire Avenue
Suite 800
Washington, DC 20036
Telephone: (202) 760-3160

*Attorneys for Plaintiff/Counterdefendant*
*Rimini Street, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:     October  18 , 2016

1